

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00573-CV

Linda **JOHNSON**,
Appellant

v.

Gerard **MORALES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV05590
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: August 23, 2023

DISMISSED FOR WANT OF PROSECUTION

In this appeal from a forcible detainer judgment, the justice court found that Linda Johnson had forcibly detained the plaintiff's property. Johnson appealed to the county court; it also found she had forcibly detained the property. Johnson filed a notice of appeal in this court, and her brief was due on July 21, 2023.

After no brief or motion for extension of time to file the brief was received, on July 26, 2023, we ordered Johnson to show cause in writing not later than August 7, 2023, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). In our order, we

warned Johnson that if she failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Johnson has not filed a response to our July 26, 2023 order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM